UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BRIAN CONNORTON, an individual; and CONNORTON, LLC, a Washington limited liability company,<br><br>    Plaintiffs,<br>v.<br><br>NV DEVELOPMENT & CONSTRUCTION, LLC, a Washington limited liability company; JASON and KRISTY SLEATER, married individuals,<br><br>    Defendants. | Case No. 2:23-mc-00150-DCN<br><br>**MEMORANDUM DECISION AND ORDER** |

## I. MEMORANDUM

Before the Court is Defendants' Motion to Compel Arbitration and Stay Proceedings. Dkt. 1. On June 16, 2023, Defendants filed the Motion. *Id*.

Defendant Jason Sleater filed the Motion pro se and is representing himself and his company, NV Development & Construction, LLC. *Id*. at 1, 6. However, pursuant to the Court's local rules, Sleater may *only* represent himself pro se and not his company (or anyone else):

> Persons Appearing Without an Attorney--*In Propria Persona*. Any person who is representing himself or herself without an attorney must appear personally for such purpose and may not delegate that duty to any other person. While such person may seek outside assistance in preparing Court documents for filing, the person is expected to personally participate in all aspects of the litigation, including Court appearances. Persons appearing without attorneys are required to become familiar with and comply with all Local Rules of this District, as well as the Federal Rules of Civil and/or Criminal Procedure. In exceptional circumstances, the Court may modify these provisions to serve the ends of justice.

MEMORANDUM DECISION AND ORDER - 1

> Whenever an entity other than an individual desires or is required to make an appearance in this Court, the appearance shall be made only by an attorney of the bar of this Court or an attorney permitted to practice under these rules.

Dist. Idaho Loc. Civ. R. 83.7; 83.4(d). In sum, Sleater cannot represent his company.

Furthermore, it is unusual for cases to be opened with only a Motion to Compel Arbitration, but it may be permissible here. *See NBCUniversal Media, LLC v. Pickett*, 747 F. App'x 644, 645 (9th Cir. 2019) (affirming the district court's decision to grant the petitioners' "Complaint and Petition for Order Compelling Arbitration"). Nevertheless, the Court will not rule on the Motion because Sleater is in violation of the Court's local rules on pro se representation.

The Court urges Sleater to become familiar with the Court's local rules before filing with the Court again. Thus, the Motion will be denied at this time.

## II. ORDER

IT IS HEREBY ORDERED:

1. Defendants' Motion to Compel Arbitration and Stay Proceedings (Dkt. 1) is **DENIED WITHOUT PREDJUICE**.

DATED: August 3, 2023

David C. Nye  
Chief U.S. District Court Judge